SEYFARTH SHAW LLP
Heriberto Alvarez (SBN 307048)
halvarez@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone:  (213) 270-9600
Facsimile:    (213) 270-9601

Bradley D. Doucette (SBN 322611)
bdoucette@seyfarth.com
400 Capitol Mall, Suite 2300
Sacramento, California 95814-4428
Telephone:  (916) 448-0159
Facsimile:    (916) 558-4839

Attorneys for Defendants
SMARTERSWIPE INC.; KEVIN PARHAR; NICOLE
MAI LEIGH NGUYEN; SAURAV "STEVE" SOOD; and
WILLIAM "BILLY" ANDERSON

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAREM ARRHIMI, an Individual; ETHAN BELLOLI-RAMOS, an individual; CARLOS NAVARRETE, an individual; JORGE MARCIAS, an individual; RICHARD ZAMILPA, an individual, and JEREMY JASON RAZO, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>SMARTERSWIPE INC., a Nevada corporation; KEVIN PARHAR, an individual; NICOLE MAIL LEIGH NGUYEN, an individual; SAURAV STEVE SOOD, an individual; and WILLIAM BILLY ANDERSON, an individual,<br><br>Defendants. | Case No. 2:25-cv-01377-DJC-CKD<br><br>**JOINT STIPULATION AND ORDER OF VOLUNTARY DISMISSAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

## JOINT STIPULATION AND ORDER OF VOLUNTARY DISMISSAL

## WITH PREJUDICE

The Parties, by and through their respective counsel of record, hereby stipulate as follows:

1.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs' individual claims are dismissed with prejudice, and any putative class claims dismissed without prejudice.

2.  Each party shall bear its own attorneys' fees and costs.


Dated:  April 15, 2026


**STIPULATED AND AGREED TO:**

SEYFARTH SHAW LLP                                CATANZARITE LAW CORPORATION



/s/ *Heriberto Alvarez, Jr.*

Heriberto Alvarez, Jr. (SBN 307048)
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone:  (213) 270-9600
Facsimile:   (213) 270-9601
E-mail: halvarez@seyfarth.com

*Attorneys for Defendants*


/s/ *Kenneth Catanzarite*

Kenneth Catanzarite (SBN 113750)
2331 W Lincoln Ave.
Anaheim, CA 92801
Telephone: (714) 520-554
Facsimile:  (714) 520-0680
E-mail: kcatanzarite@catanzarite.com

*Attorneys for the Plaintiffs*

2

JOINT STIPULATION AND ORDER OF VOLUNTARY DISMISSAL
UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II)

## ORDER

Upon stipulation of the Parties, by and through their respective counsel of record:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs' individual claims are dismissed with prejudice, and any putative class claims dismissed without prejudice.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that each party shall bear its own attorneys' fees and costs.

Dated:  April 15, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND ORDER OF VOLUNTARY DISMISSAL
UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II)